EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Lcdo. Franco T. Sánchez | 2000 TSPR 116 |
|---|---|

Número del Caso: TS-988

Fecha: 26/05/2000

Oficina de Inspección de Notaria:

Lcda. Carmen H. Carlos

Abogado del Lcdo. Franco T. Sánchez:

Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

In re:

    Lcdo. Franco T. Sánchez       TS-988

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de mayo de 2000

    Visto el Informe de la Directora de la Oficina de Inspección de Notarías de fecha 14 de abril de 2000, así como la Moción Informativa presentada por el Notario, Lcdo. Franco T. Sánchez Ferrari, mediante el cual renuncia al ejercicio de la notaría, el Tribunal separa a dicho abogado del ejercicio de la notaría de forma permanente y con efecto inmediato. Este procederá sin demora injustificada a corregir los defectos en sus protocolos señalados por la Directora en su Informe. Dicha funcionaria nos mantendrá informados del progreso de dicha gestión.

    Se apercibe al Lcdo. Sánchez Ferreri que el incumplimiento de lo ordenado podrá aparejar su separación indefinida del ejercicio de la profesión de abogado.

    Se ordena al Alguacil de este Tribunal incautase, sin más, de la obra notarial y sello notarial del Lcdo. Franco T. Sánchez Ferreri y entregar la misma a la Directora de la Oficina de Inspección de Notarías.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señora Naveira de Rodón y señor Fuster Berlingeri no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo